IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00145-RPM

ALLSTATE INSURANCE COMPANY,

        Plaintiffs,

v.

ELIZABETH MOSER,
RUDOLPH MOSER, and
POUDRE HOSPITAL,

        Defendants.

_____

ORDER DENYING MOTIONS TO DISMISS
_____

On March 23, 2007, the Defendant Elizabeth Moser filed a motion to dismiss under Fed.R.Civ.P. 12(b)(6), which was joined by Defendant Rudolph Moser on April 9, 2007. The plaintiff filed its response and a reply by Elizabeth Moser was filed on May 1st, 2007. The motion is based on an assertion that Kansas law applies to the insurance policy dispute in this case because the automobile collision giving rise to the claim of coverage occurred in Kansas and the State of Kansas has a statutory prohibition on the exclusion which the plaintiff relies on in its policy. While this issue is not properly raised under Fed.R.Civ.P. 12(b)(6), the case will be facilitated by a ruling. The place of the occurrence of the collision is not controlling on interpretation of the plaintiff's insurance policy. Colorado law is applicable. Whether it was lawful to operate the vehicle in Kansas without the type of coverage mandated by the Kansas statute is irrelevant to this contract case. It is therefore

ORDERED that the motion to dismiss is denied.

DATED: May 2nd, 2007

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge