IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00145-RPM

ALLSTATE INSURANCE COMPANY,

        Plaintiffs,

v.

ELIZABETH MOSER,
RUDOLPH MOSER, and
POUDRE HOSPITAL,

        Defendants.

_____

ORDER FOR STATUS REPORT
_____

At the scheduling conference held on June 22, 2007, Richard M. Kaudy appeared as counsel for defendant Rudolph Moser and Mr. Scott for the plaintiff and Mr. Kaudy agreed that this civil action would be dismissed as to Rudolph Moser. No further pleadings have been filed with respect to defendant Rudolph Moser. Additionally, there was no appearance for defendant Poudre Hospital at the scheduling conference. It is now

ORDERED that on or before December 31, 2007, the counsel for the plaintiff shall file a status report with respect to the status of the plaintiff's claims against defendants Rudolph Moser and Poudre Hospital.

DATED: December 13th, 2007

                                    BY THE COURT:
                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge