IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00145-RPM

ALLSTATE INSURANCE COMPANY,

        Plaintiffs,

v.

ELIZABETH MOSER,
RUDOLPH MOSER, and
POUDRE HOSPITAL,

        Defendants.

_____

ORDER DENYING DEFENDANT ELIZABETH MOSER'S MOTION TO AMEND THE SCHEDULING ORDER
_____

On October 15, 2007, defendant Elizabeth Moser filed a motion to amend the scheduling order to extend the time for designation of experts and compliance with Fed.R.Civ.P. 26(a)(2). The plaintiff on October 26, 2007, filed a motion to preclude the testimony of Richard M. Hodges as an expert witness or, in the alternative, requesting an extension of time for plaintiff to disclose rebuttal expert witnesses. While procedurally inappropriate, the plaintiff's motion raises the question of the scope of any expert opinions in this case and upon review of the defendant Elizabeth Moser's response to the plaintiff's motion, it is this Court's conclusion that no opinion testimony is permissible under Fed.R.Civ.P. 702 as to the issues identified at the scheduling conference. Upon that view, no extension of the scheduling order is necessary and it is therefore

1

ORDERED that the motion of defendant Elizabeth Moser to amend the scheduling order is denied and it is

FURTHER ORDERED that the plaintiff's motion to exclude the testimony of Richard M. Hodges is granted.

DATED: December 13th, 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge