UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 07-cv-00145-RPM

ALLSTATE INSURANCE COMPANY,
an Illinois corporation,

    Plaintiff/Counterclaim Defendant,

v.

ELIZABETH MOSER; RUDOLPH MOSER;
and POUDRE HOSPITAL,

    Defendants.

---

### ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT RUDOLPH MOSER

---

THIS MATTER comes before the Court upon the Stipulation of Plaintiff, Allstate Insurance Company, and Defendant, Rudolph Moser, for a dismissal of their respective claims and counterclaims without prejudice, and the Court, having read the Stipulation and believing itself fully advised,

HEREBY ORDERS that the claims and counterclaims between Plaintiff Allstate Insurance Company and Defendant Rudolph Moser be dismissed without prejudice, each party to pay their respective costs and attorney fees.

IT IS FURTHER ORDERED that Defendant Rudolph Moser shall be bound by the Orders entered by the Court in this matter.

DONE in Court this _16_ day of January 2008.

BY THE COURT:

_____
U. S. District Court Judge