IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00145-RPM

ALLSTATE INSURANCE COMPANY,

        Plaintiffs,

v.

ELIZABETH MOSER,
RUDOLPH MOSER, and
POUDRE HOSPITAL,

        Defendants.

_____

ORDER DENYING DEFENDANT MOSER'S MOTION TO AMEND THE SCHEDULING ORDER
_____

Upon consideration of Defendant Elizabeth Moser's Motion to Amend the Scheduling Order Regarding Moser's Deadline for Dispositive Motions [47], filed on February 15, 2008, it is

ORDERED that the motion is denied.

DATED: February 27, 2008

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge