IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00145-RPM

ALLSTATE INSURANCE COMPANY,

        Plaintiffs,

v.

ELIZABETH MOSER,
RUDOLPH MOSER, and
POUDRE HOSPITAL,

        Defendants.

_____

ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER
_____

Upon considering the plaintiff's motion for protective order to preclude certain discovery, filed December 28, 2007, Elizabeth Moser's response, filed January 24, 2008, and the plaintiff's reply filed February 1, 2008, it is

ORDERED that the motion for protective order is granted.

DATED: February 27, 2008

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior Judge