IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00145-RPM

ALLSTATE INSURANCE COMPANY,

        Plaintiffs,

v.

ELIZABETH MOSER,
RUDOLPH MOSER, and
POUDRE HOSPITAL,

        Defendants.

_____

ORDER DENYING DEFENDANT ELIZABETH MOSER'S MOTION TO STRIKE
_____

On May 5, 2008, Defendant Elizabeth Moser filed a Motion to Strike Part of Allstate Insurance Company's Motion for Summary Judgment. The plaintiff filed its response on May 27, 2008, and on June 16, 2008, the Defendant Elizabeth Moser filed a motion to extend time to reply. The motion to strike is procedurally inappropriate and it is therefore

ORDERED that the Defendant Elizabeth Moser's Motion to Strike Part of Allstate Insurance Company's Motion for Summary Judgment is denied and the motion for extension of time to reply is denied.

DATED: June 17, 2008

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge