IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00145-RPM

ALLSTATE INSURANCE COMPANY,

        Plaintiffs,

v.

POUDRE HOSPITAL,

        Defendant.

_____

ORDER OF DISMISSAL
_____

Upon review of the file, it is

ORDERED that plaintiff's complaint against defendant Poudre Hospital is dismissed for failure to prosecute pursuant to Fed.R.Civ.P. 4(m).

DATED: January 7th, 2009

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior Judge